IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARAN BROWN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **NCO FINANCIAL SYSTEMS, INC.,** | : | |
| **CAPITAL ONE, N.A.** | : | **NO. 11-6786** |

### ORDER

**AND NOW**, this 9th day of January, 2012, upon review of the Court's records, the Court notes that a request for default was due January 2, 2011, in accordance with the Court's December 19, 2011 Order, and there being no request for default filed, it is hereby **ORDERED** that the above-captioned case is **DISMISSED** for lack of prosecution. The Clerk of Court is directed to mark this case closed.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**